**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1035**

In Re:  MOHAMMAD NAWAZ RAJA,

          Debtor.

---------------------------

MOHAMMAD NAWAZ RAJA,

          Plaintiff – Appellant,

    v.

INDYMAC FEDERAL BANK, FSB,

          Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:09-cv-00654-LO-TCB)

Submitted:  November 30, 2010     Decided:  December 3, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mohammad Nawaz Raja, Appellant Pro Se.  Eric Patrick Burns, CUNNINGHAM & ASSOCIATES, P.L.C., Arlington, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Nawaz Raja appeals the district court's orders: (1) affirming the bankruptcy court's order granting the Appellee's motion for relief from stay and, (2) denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Raja v. IndyMac Fed. Bank, No. 1:09-cv-00654-LO-TCB (E.D. Va. Nov. 6, 2009; Nov. 24, 2009; December 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2